**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | * |
| and | * |
| INEZ MORGAN | *    CIVIL ACTION NO. AMD02-2592 |
|     Plaintiffs | * |
| vs. | * |
| SKYLINE CORPORATION | * |
|     Defendant | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE OF FILING</u>

    I HEREBY CERTIFY, That on this 10th day of March, 2003, a **Response to Motion to Compel** was mailed, postage prepaid, to Kevin Karpinski, Esquire, Allen, Karpinski, Bryant & Karp, P.A., 100 East Pratt Street, Suite 1540, Baltimore, Maryland 21202, Attorney for Defendant. The original is being maintained in the office the Plaintiff's attorney and will be made available for filing with the Court when and if required by Federal Rules of Civil Procedure.

 

                                            _____
                                            LAWRENCE E. BALLANTINE
                                            Trial Bar No. 01948
                                            1 W. Pennsylvania Ave., Ste. 500
                                            Towson, Maryland  21204-5025
                                            (410) 832-8012

                                            Attorneys for Plaintiff State Farm