IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | * |
| | * |
| and | |
| | * |
| INEZ MORGAN | |
| | *   Case NO: AMD 02-2592 |
| Plaintiffs | |
| | * |
| v. | |
| | * |
| SKYLINE CORPORATION, | |
| | * |
| Defendant | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of April, 2003, a copy of Defendant's Reply to Plaintiff's Opposition to its Motion to Compel was sent by first class mail, postage prepaid to:

Lawrence E. Ballantine, Esquire
1 West Pennsylvania Avenue, Suite 500
Towson, Maryland 21204-5025

ALLEN, KARPINSKI, BRYANT
& KARP

BY: _____
KEVIN KARPINSKI
Suite 1540
100 East Pratt Street
Baltimore, Maryland 21202
410-727-5000
Attorneys for Defendant Skyline Corporation