**ALLEN, KARPINSKI, BRYANT & KARP, P. A.**
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

DANIEL KARP*
YVETTE M. BRYANT*
KEVIN KARPINSKI*
J. CHRISTOPHER BOUCHER ᐃ
VICTORIA M. SHEARER
MATTHEW D. PETER

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

OF COUNSEL
DONALD C. ALLEN

\* ADMITTED IN MD AND D.C.
ᐃ ADMITTED IN MD, D.C. AND IL

July 11, 2003

The Honorable Andre M. Davis
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    322-193
              Case No.: AMD-02 CV 2592
              *State Farm Fire & Casualty Company, et al. v. Skyline Corporation*

Dear Judge Davis:

    I represent the Defendant in the above-referenced matter. Pursuant to the Court's scheduling order, please let this serve as a joint status report. The report has been reviewed by Plaintiff's counsel, Mr. Ballentine, and has been approved.

A. <u>Status of Discovery.</u>

    Discovery is complete.

B. <u>Pending Motions.</u>

    Defendant filed a Motion to Compel. The parties have reached an agreement regarding the motion and therefore Defendant requests that the Court deny the motion as moot.

C. <u>Whether the Parties Intend to File Dispositive Pre-Trial Motions.</u>

    The parties do not intend to file a dispositive pretrial motion.

ALLEN, KARPINSKI, BRYANT & KARP, P.A.
ATTORNEYS AT LAW

The Honorable Andre M. Davis
July 11, 2003
Page 2

---

D. **Jury/Non-Jury Trial and Anticipated Length of Trial.**

The case is scheduled to be tried to a jury. Trial should last two to three days.

E. **Settlement Negotiations.**

Throughout the course of discovery, the parties have been engaged in settlement discussions. The parties are continuing those discussions and will notify the Court in the near future as to whether it would be beneficial to have the matter referred to another member of the Court for a settlement conference.

F. **Referral to a Magistrate Judge for ADR Conference.**

See paragraph E.

G. **Consent to Proceed before a Magistrate.**

The parties have not unanimously agreed to proceed before a United States Magistrate Judge.

H. **Other Matters.**

None at this time.

Thank you for Your Honor's time and attention.

Sincerely yours,

ALLEN, KARPINSKI, BRYANT
& KARP

/s/

By: Kevin Karpinski

KK:bjap
cc:    Lawrence E. Ballantine, Esquire