ALLEN, KARPINSKI, BRYANT & KARP, P. A.
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

DANIEL KARP*
YVETTE M. BRYANT*
KEVIN KARPINSKI*
J. CHRISTOPHER BOUCHER △
VICTORIA M. SHEARER
MATTHEW D. PETER

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

OF COUNSEL
DONALD C. ALLEN

* ADMITTED IN MD AND D.C.
△ ADMITTED IN MD, D.C. AND IL

July 21, 2003

The Honorable Andre M. Davis
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    322-193
              Case No.: AMD-02 CV 2592
              *State Farm Fire & Casualty Company, et al. v. Skyline Corporation*

Dear Judge Davis:

    I represent the Defendant, Skyline Corporation, in the above-entitled matter. On July 11, 2003, counsel submitted a joint status report. In that status report, we indicated that the parties do not intend to file dispositive pretrial motions. However, upon further reflection, I believe there is a meritorious basis for summary judgment. Therefore, I would respectfully request the opportunity to file the motion on or before September 14, 2003 - - the date for filing dispositive motions contained in the scheduling order.

    I apologize for the confusion. Thank you for Your Honor's time and consideration.

              Sincerely yours,

              ALLEN, KARPINSKI, BRYANT
              & KARP

              /s/

              By: Kevin Karpinski

KK:bjap

cc:    Lawrence E. Ballantine, Esquire