# DEFENDANT'S EXHIBITS

1. Deposition of John F. Morris

2. Log Notes of John F. Morris

3. Deposition of Thomas J. Pavis, Jr.

4. Deposition of Rexford Wilson

5. Deposition of Kenneth R. McLauchlan

6. State Farm's Answers to Interrogatories, Answer No. 3