IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, <br><br> and <br><br> INEZ MORGAN <br><br> Plaintiffs <br><br> v. <br><br> SKYLINE CORPORATION, <br><br> Defendant | * <br> * <br> * <br> *   Case NO: AMD 02-2592 <br> * <br> * <br> * |

### NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits 1, 2, 4 and 6, which are attachments to Defendant Skyline Corporation's, properly identified as Homete Corporation, by ALLEN, KARPINSKI, BRYANT & KARP and KEVIN KARPINSKI, its attorneys, Motion for Summary Judgment and Memorandum in Support Thereof, exists only in paper format and if scanned will be larger than 1.5 MB. Tha above numbered exhibits will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

ALLEN, KARPINSKI, BRYANT & KARP

DATE: __9/12/03__       BY: _____/s/_____
KEVIN KARPINSKI
Suite 1540
100 East Pratt Street
Baltimore, Maryland 21202
410-727-5000
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September, 2003, a copy of Defendant's Notice of Filing of Lengthy Exhibits were electronically filed with notice to:

Lawrence E. Ballantine, Esquire
1 West Pennsylvania Avenue
Suite 500
Towson, Maryland 21204-5025

_____/s/_____
Of Counsel for Defendant