IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY | * |
| | * |
| and | * |
| INEZ MORGAN | *    CIVIL ACTION NO. AMD02-2592 |
| Plaintiffs | * |
| vs. | * |
| SKYLINE CORPORATION | * |
| Defendant | |

\* * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR HEARING

Plaintiffs, State Farm Fire & Casualty Company and Inez Morgan, by their attorney, Lawrence E. Ballantine, request a hearing on the Defendant's Motion for Summary Judgment and Plaintiffs' Response and Opposition filed with this Honorable Court.

 

_____/s/_____
LAWRENCE E. BALLANTINE
Trial Bar No. 01948
1 W. Pennsylvania Ave., Ste. 500
Towson, Maryland  21204-5025
(410) 832-8012

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, That on this 25th day of September, 2003, a copy of the aforegoing Request for Hearing was mailed, postage prepaid, to Kevin Karpinski, Esquire, Allen, Karpinski, Bryant & Karp, P.A., 100 East Pratt Street, Suite 1540, Baltimore, Maryland 21202, Attorney for Defendant.

_____
LAWRENCE E. BALLANTINE