**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

October 18, 2003

MEMORANDUM TO COUNSEL RE:

State Farm & Fire Casualty Co. v. Skyline Corporation
Civil No. AMD 02-2592

    The briefing on the motion for summary judgment, based on the spoliation doctrine, has been carefully considered. No hearing is needed. The motion is DENIED.

    The undisputed material facts show that plaintiff gave defendant timely and unimpeded access to the fire-damaged premises (a mobile home) and that defendant had no difficulty in carrying out its inspection in respect to its "cause and origin" determination. Further, the record is undisputed that, upon defendant's request that a portion of the damaged property be preserved, plaintiff unambiguously declined to preserve that portion of the property but, *equally unambiguously*, gave permission to defendant to remove the portion of the premises (a three- or four-foot square section of a wooden deck). Defendant failed to arrange to remove the portion of the premises in which it was interested even though it had been told that plaintiff would not do so. Thereafter, the salvage operation, which effectively destroyed the remains of the premises, was not effected for almost a week. Defendant, having been advised that plaintiff would not remove and preserve the portion of the premises of interest to it, but having been given unambiguous permission to do so itself, and having failed to take steps over several days to preserve the portion of the premises in which it was interested, is not entitled to the ultimate sanction of dismissal of plaintiff's damages claim.

    Trial (three days/jury) is scheduled for **December 15, 2003.** The pre-trial conference is hereby calendared for **Wednesday, November 19, 2003, at 4:30 p.m.**, in chambers. Please submit any motions in limine together with the proposed pretrial order on or before **November 14, 2003.** *See* L.R. 106.

    I look forward to seeing you on November 19.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt