ALLEN, KARPINSKI, BRYANT & KARP, P. A.
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

DANIEL KARP*
YVETTE M. BRYANT*
KEVIN KARPINSKI*
J. CHRISTOPHER BOUCHER ∆
VICTORIA M. SHEARER
MATTHEW D. PETER

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

OF COUNSEL
DONALD C. ALLEN

\* ADMITTED IN MD AND D.C.
∆ ADMITTED IN MD, D.C. AND IL

October 29, 2003

The Honorable Andre M. Davis
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

  RE: 322-193
     Case No.: AMD-02 CV 2592
     *State Farm Fire & Casualty Company, et al. v. Skyline Corporation*

Dear Judge Davis:

  This acknowledges receipt of the Court's order denying Defendant's Motion for Summary Judgment, scheduling a pretrial conference for Wednesday, November 19, 2003 and scheduling trial for December 15, 2003. I am writing to respectfully request that the trial date be reset or, in the alternative, that the Court recess early on Monday, December 15, 2003. Since the Court issued its scheduling order for this matter, I have been appointed to serve as counsel to the Board of Elections for Montgomery County. The Board of Elections holds its meetings on the third Monday of each month, at 2:30 p.m. in Rockville, Maryland. I typically would not bother the Court with a request for continuance. However, with a presidential primary election scheduled for March 2004, I respectfully submit that it may be important for me to be available to attend the Board's meeting on December 15, 2003 to discuss the upcoming primary.

  Thank you for Your Honor's time and consideration. If it would assist the Court, I am, of course, happy to coordinate a new trial date with Mr. Ballentine.

          Sincerely yours,

          ALLEN, KARPINSKI, BRYANT
         & KARP

          /s/

         By: Kevin Karpinski

KK:bjap

cc: Lawrence E. Ballantine, Esquire