# H. BARRITT PETERSON, JR.
# & ASSOCIATES

### ATTORNEYS AT LAW

**Employees of The Corporate Law Department**
**State Farm Mutual Automobile Insurance Company**

One West Pennsylvania Avenue
Suite 500
Towson, Maryland 21204-5025

Telephone: 1-800-972-0850
(410) 832-8012
Facsimile: (410) 832-8080

H. Barritt Peterson, Jr.
Mary R. Cortezzo
Clifford A. Robinson
Joan I. Harris
Michael C. Michaud
Lawrence E. Ballantine
Charles A. Arcodia
Patrick A. Ferris
Lynn Zahurak Ahlers
Isaac S. Waranch
Mark H. Tilkin

Mark R. Brown
Anthony W. Thomas
Jake E. Zellweger
Matthew P. Woods
John W. Conrad III
Amy E. Payne
Maria J. Roussos
Kyle Blakeley
Elliott D. Petty
Constantine J. Themelis

October 30, 2003

The Honorable Andre M. Davis
United States District Court
  for the District of Maryland
Garmatz Federal Courthouse
U.S. Court House
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  <u>State Farm Fire & Casualty Co., et al.</u>
       <u>v. Skyline Corporation</u>
     Civil Action No.:  AMD02-2592

Dear Judge Davis:

Pursuant to Mr. Karpinski's request dated October 29th to reset the trial date of this case, I oppose his request as this matter had been previously reserved by this court for a two week period. However, I have no objection to recessing early on December 15th as I believe there will be ample time to get the case tried within the three-day time period allowed.

Additionally, I would respectfully request that the pre-trial conference currently set for Wednesday, November 19, 2003 go forward as scheduled.

Thank you for your attention to this matter.

Very truly yours,

   /s/

Lawrence E. Ballantine

cc:  Kevin Karpinski, Esquire

> Dear Counsel:
> We will adjuourn early on December 15.
> /s/Andre M. Davis
> United States District Judge
> October 30, 2003