**ALLEN, KARPINSKI, BRYANT & KARP, P. A.**
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

DANIEL KARP*
YVETTE M. BRYANT*
KEVIN KARPINSKI*
J. CHRISTOPHER BOUCHER △
VICTORIA M. SHEARER
MATTHEW D. PETER

OF COUNSEL
DONALD C. ALLEN

\* ADMITTED IN MD AND D.C.
△ ADMITTED IN MD, D.C. AND IL

December 8, 2003

The Honorable Andre M. Davis
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    322-193
            Case No.: AMD-02 CV 2592
            *State Farm Fire & Casualty Company, et al. v. Skyline Corporation*

Dear Judge Davis:

    I am writing to advise the Court that the above-referenced matter has been settled. The parties therefore respectfully request the Court issue a Local Rule 111 order.

    Thank you for Your Honor's time and attention.

                                Sincerely yours,

                                ALLEN, KARPINSKI, BRYANT
                                & KARP

                                /s/

                                By: Kevin Karpinski

KK:bjap

    cc:    Lawrence E. Ballantine, Esquire